```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 09086
   RUSSELL B GOSSELINK
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-2629


------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/18/07 .

   2.  The case was dismissed without confirmation, 07/06/2007.

------------------------------------------------------------------
CREDITOR NAME              CLASS       CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------

        Summary of disbursements:
------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00           .00           .00
PRINCIPAL PAID         .00        .00         .00           .00           .00
INTEREST PAID          .00        .00         .00           .00           .00
TOTAL PAID             .00        .00         .00           .00           .00
The Debtor's attorney, PRO SE DEBTOR              , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .




        Dated: 10/09/07            /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 09086 RUSSELL B GOSSELINK
```